FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT FARIAS, an individual,<br><br>                Plaintiff,<br>vs.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, a government entity, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO,<br><br>                Defendants. | No. 4:23-CV-5101-TOR<br><br>ORDER TO QUIET TITLE |

Pursuant to the parties' stipulation, ECF No. 19, it is hereby **ORDERED**:

1.    The Stipulated Motion to Quiet Title, ECF No. 19, is **GRANTED**.

2.    Title to the real property located at 7408 W Wernett Road in Pasco, Washington, 99301; legal description: the Northwest Quarter of the Northwest Quarter of the Southeast Quarter of Section 21, Township 9 North, Range 29 East of the Willamette Meridian, Franklin County, Washington; Tax Parcel ID Number: 118482018; is quieted in the name of Plaintiff Robert Farias.

ORDER TO QUIET TITLE ~ 1

3.    The United States retains its easement over the property as originally acquired. The footprint of which follows: All that portion of the northwest quarter of the northwest quarter of the southeast quarter of Section 21, Township 9 North, Range 29 East of the Willamette Meridian, Franklin County, Washington, lying within a strip of land 90 feet in width, being 60 feet wide on the northerly side and 30 feet wide on the southerly side of the following described center lien: Beginning at a point on the Washington Coordinate System, South Zone, the y coordinate of the said point being North 336,268.27 feet and the x coordinate being East 2,330,242.82 feet (mid point lying approximately 440 feet south and 1300 feet west from the northwest corner of the said southeast quarter of Section 21) then north 78°29' East, a distance of 1951.4 feet to the POINT OF TERMINUS of the above described center line. The tract of land above described contains 1.2 acre, more or less.

4.    This federal court proceeding is hereby **DISMISSED**. Each side to bear its own costs and fees.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

Dated this 2nd day of July 2024.



                THOMAS O. RICE
                United States District Judge

ORDER TO QUIET TITLE ~ 2