AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ROBERT FARIAS, an individual,

*Plaintiff*

v.

UNITED STATES ARMY CORPS OF ENGINEERS, a government entity, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2024

SEAN F. McAVOY, CLERK

Civil Action No. 4:23-CV-5101-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Stipulated Motion to Quiet Title, ECF No. 19, is GRANTED. Title to the real property located at 7408 W Wernett Road in Pasco, Washington, 99301; legal description: the Northwest Quarter of the Northwest Quarter of the Southeast Quarter of Section 21, Township 9 North, Range 29 East of the Willamette Meridian, Franklin County, Washington; Tax Parcel ID Number: 118482018; is quieted in the name of Plaintiff Robert Farias. The United States retains its easement over the property as originally acquired. This federal court proceeding is hereby DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a Stipulated Motion to Quiet Title.

Date: 7/2/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams